UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

CARMEN DILLARD,                      ) ED CV 13-01858-SH
                                     )
                  Plaintiff,         ) JUDGMENT
                                     )
vs.                                  )
                                     )
                                     )
                                     )
CAROLYN COLVIN, Acting               )
Commissioner of Social Security,     )
                                     )
                  Defendant.         )
_____)

    IT IS HEREBY ADJUDGED that the  decision of the Commissioner is affirmed and plaintiff's  Complaint is dismissed.

DATED: June 17, 2014

_____
                STEPHEN J. HILLMAN
        UNITED  STATES MAGISTRATE JUDGE